PERFECTION FURNITURE COMPANY, INC., Respondent, vs.
TRAVELERS FIRE INSURANCE COMPANY, Appellant.

For the appellant: *Shaw, Muskat & Paulsen* of Milwaukee.

For the respondent: *R. V. Baker, Jr.* of Kenosha, *Leonard Spira* of Chicago, Illinois, and *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 7, 1933.

SZYCHULSKI (ANTON), Appellant, vs. MILLER, Respondent.

For the appellant: *Raymond J. Cannon,* attorney, and *John L. Newman* of counsel, both of Milwaukee.

For the respondent: *Thomas E. Torphy* of Milwaukee.

*By the Court.*—Judgment affirmed.

MOE (LAURA ELLIS), Respondent, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

For the appellant: *Shaw, Muskat & Paulsen* of Milwaukee.

For the respondent: *Bentley Courtenay,* attorney, and *Albert K. Stebbins* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.